**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | § | Case No. 17-91136 | |
| | § | | |
| JAIMY CHIRAYIL | § | | |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Kristin L. Wilson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $114,279.80 | Assets Exempt: | $34,750.63 |
| Total Distributions to Claimants: | $40,650.49 | Claims Discharged Without Payment: | $6,146,989.36 |
| Total Expenses of Administration: | $17,588.52 | | |

3)       Total gross receipts of $73,295.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,055.99 (see **Exhibit 2),** yielded net receipts of $58,239.01 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $332,541.28 | $20,296.54 | $20,296.54 | $20,296.54 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $17,588.52 | $17,588.52 | $17,588.52 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,218,673.89 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,327,786.32 | $1,785,505.74 | $1,711,955.74 | $20,353.95 |
| **Total Disbursements** | $4,879,001.49 | $1,823,390.80 | $1,749,840.80 | $58,239.01 |

4). This case was originally filed under chapter 7 on 10/19/2017. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2020                    By:    /s/ Kristin L. Wilson
                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 101 S. 5th Street Hoopeston, IL - 60942-0000Iroquois County | 1110-000 | $25,000.00 |
| 3124 Brookstone Drive Danville, IL - 61832-0000 Vermilion County | 1110-000 | $1,520.00 |
| 526 E. Main Street Hoopeston, IL - 60942-0000 Iroquois County | 1110-000 | $35,000.00 |
| SavingsState Bank of TravancoreAcct. # 9092 | 1129-000 | $10,000.00 |
| Tax RefundOne half of $1092.50 State | 1129-000 | $628.50 |
| Tax Refundone half of $2,929 Federal | 1129-000 | $1,146.50 |
| **TOTAL GROSS RECEIPTS** | | $73,295.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Joselyn Joseph-Chirayil | Funds to Third Parties | 8500-000 | $15,055.99 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,055.99 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payoff mortgage - 101 S. 5th | 4110-000 | $0.00 | $8,524.55 | $8,524.55 | $8,524.55 |
| | Payoff mortgage - 526 E. Main | 4110-000 | $0.00 | $11,771.99 | $11,771.99 | $11,771.99 |
| | Bayview Loan Servicing LLC | 4110-000 | $86,120.70 | $0.00 | $0.00 | $0.00 |
| | Catlin Bank | 4110-000 | $15,018.09 | $0.00 | $0.00 | $0.00 |
| | Catlin Bank | 4110-000 | $40,544.49 | $0.00 | $0.00 | $0.00 |
| | John Chirayil | 4110-000 | $190,858.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $332,541.28 | $20,296.54 | $20,296.54 | $20,296.54 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kristin L. Wilson, Trustee | 2100-000 | NA | $6,914.75 | $6,914.75 | $6,914.75 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Kristin L. Wilson, Trustee | 2200-000 | NA | $866.44 | $866.44 | $866.44 |
| Closing costs | 2500-000 | NA | $666.50 | $666.50 | $666.50 |
| Green Bank | 2600-000 | NA | $64.98 | $64.98 | $64.98 |
| RE taxes 1-1-18 to 12-17-18 - 101 S. 5th | 2820-000 | NA | $1,431.28 | $1,431.28 | $1,431.28 |
| RE taxes 1-1-18 to 12-17-18 - 526 E. Main | 2820-000 | NA | $1,976.52 | $1,976.52 | $1,976.52 |
| Steve Miller and Acton & Snyder, Attorney for Trustee | 3210-000 | NA | $375.00 | $375.00 | $375.00 |
| First Neighbor Bank Tax and Accounting, Accountant for Trustee | 3410-000 | NA | $150.87 | $150.87 | $150.87 |
| Realtor Fee, Realtor for Trustee | 3510-000 | NA | $3,600.00 | $3,600.00 | $3,600.00 |
| Realtor expenses, Realtor for Trustee | 3520-000 | NA | $1,542.18 | $1,542.18 | $1,542.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $17,588.52 | $17,588.52 | $17,588.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Small Business Administration | 5800-000 | $2,218,673.89 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,218,673.89 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LendingClub Corporation | 7100-000 | $5,939.27 | $5,939.27 | $5,939.27 | $70.62 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $9,263.00 | $9,505.52 | $9,505.52 | $113.01 |
| 3 | U S Small Business Administration | 7100-000 | $0.00 | $1,693,778.47 | $1,693,778.47 | $20,137.83 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $355.37 | $393.37 | $393.37 | $0.00 |
| | Clerk, US | 7100-901 | $0.00 | $0.00 | $0.00 | $4.68 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Bankruptcy Court (Claim No. 4; Portfolio Recovery Associates, LLC) | | | | | |
| 5 | Joselyn Joseph | 7100-000 | $38,000.00 | $38,000.00 | $0.00 | $0.00 |
| 6 | Illinois Environmental Protection Agency | 7100-000 | $35,000.00 | $35,000.00 | $0.00 | $0.00 |
| 7 | Saikley, Garrison, Colombo & Barney, LLC | 7100-000 | $350.00 | $550.00 | $0.00 | $0.00 |
| 8 | PYOD, LLC | 7100-000 | $2,165.00 | $2,339.11 | $2,339.11 | $27.81 |
| | Cap1/mnrds | 7100-000 | $2,636.24 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $4,773.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $10,630.55 | $0.00 | $0.00 | $0.00 |
| | Ridgestone Bank | 7100-000 | $2,218,673.89 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,327,786.32 | $1,785,505.74 | $1,711,955.74 | $20,353.95 |

**UST Form 101-7-TDR (10/1/2010)**

FORM H

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:  1          Exhibit 8

| Case No.: | 17-91136-MPG | Trustee Name: | Kristin L. Wilson |
|---|---|---|---|
| Case Name: | CHIRAYIL, JAIMY | Date Filed (f) or Converted (c): | 10/19/2017 (f) |
| For the Period Ending: | 9/16/2020 | §341(a) Meeting Date: | 11/30/2017 |
| | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Clothing | $200.00 | $0.00 | | $0.00 | FA |
| 2  Wedding Ring and Watch | $1,000.00 | $0.00 | | $0.00 | FA |
| 3  Misc Furnishings | $500.00 | $500.00 | | $0.00 | FA |
| 4  Cash | $100.00 | $100.00 | | $0.00 | FA |
| 5  IRA Franklin Templeton Investments | $13,150.63 | $0.00 | | $0.00 | FA |
| 6  101 S. 5th Street Hoopeston, IL - 60942-0000 Iroquois County | $24,780.00 | $9,761.91 | | $25,000.00 | FA |
| 7  5 Maywood Drive Danville, IL - 61832-0000 Vermilion County | $110,000.00 | $95,000.00 | | $0.00 | FA |
| 8  2007 Chevrolet Silverado 1500 Mileage: 102,000 Vehicle owner Vimal Silvester | $3,519.00 | $1,119.00 | | $0.00 | FA |
| 9  Household Furnishings One half | $2,025.00 | $1,000.00 | | $0.00 | FA |
| 10  Washer & Dryer One half | $400.00 | $0.00 | | $0.00 | FA |
| 11  Stove & Refrigerator One half | $650.00 | $0.00 | | $0.00 | FA |
| 12  80" Television, 40" Television, Stereo One half | $1,075.00 | $150.00 | | $0.00 | FA |
| 13  Checking Chase Bank Acct. # 6896 Joint - Joselyn Joseph | $8.77 | $8.77 | | $0.00 | FA |
| 14  Checking Catlin Bank Acct. #5233 | $2.68 | $2.68 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| Case No.: | 17-91136-MPG |
| Case Name: | CHIRAYIL, JAIMY |
| For the Period Ending: | 9/16/2020 |

| | |
|---|---|
| Trustee Name: | Kristin L. Wilson |
| Date Filed (f) or Converted (c): | 10/19/2017 (f) |
| §341(a) Meeting Date: | 11/30/2017 |
| Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15  Checking<br>First Financial Bank<br>Joint Account - Joslyne Joseph<br>Acct. # 4805 | $23.04 | $23.04 | | $0.00 | FA |
| 16  Checking<br>First Financial Bank<br>Joint Account - Joslyne Joseph<br>Acct. # 8402 | $4.86 | $4.86 | | $0.00 | FA |
| 17  Checking<br>First Financial Bank<br>Joint Account - John Chirayil / Thomson<br>Maliekka<br>Acct. # 3622 | $23.27 | $23.27 | | $0.00 | FA |
| 18  Checking<br>Catlin Bank<br>Acct. #2699<br>Business: Polish House, Inc | $399.78 | $399.78 | | $0.00 | FA |
| 19  Checking<br>Catlin Bank<br>Acct. # 2322<br>Business: Chirayil Enterprises, Inc. | $86.52 | $86.52 | | $0.00 | FA |
| 20  Checking<br>First Financial Bank<br>Acct. # 5398<br>Business: Chirayil Enterprises, Inc. ATM<br>Acct | $68.27 | $68.27 | | $0.00 | FA |
| 21  Checking<br>First Financial Bank<br>Acct. # 9034<br>Business: Chirayil Enterprises Inc. Lottery<br>Acct. | $94.54 | $94.54 | | $0.00 | FA |

**FORM H**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page No:  3          Exhibit 8

| Case No.: | 17-91136-MPG | Trustee Name: | Kristin L. Wilson |
|---|---|---|---|
| Case Name: | CHIRAYIL, JAIMY | Date Filed (f) or Converted (c): | 10/19/2017 (f) |
| For the Period Ending: | 9/16/2020 | §341(a) Meeting Date: | 11/30/2017 |
| | | Claims Bar Date: | 03/21/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Checking<br>First Financial Bank<br>Acct. # 9085<br>Business: Chirayil Enterprises, Inc.<br>Operating Acct. | $19.40 | $19.40 | | $0.00 | FA |
| 23 | Checking<br>First Financial Bank<br>Acct. # 8798<br>Chirayil Enterprises, Inc. Link Acct. | $907.03 | $907.03 | | $0.00 | FA |
| 24 | Checking<br>First Financial Bank<br>Acct. # 9572<br>Business: SMS Oil Company<br>Authorized Signor Only | $2,096.55 | $2,096.55 | | $0.00 | FA |
| 25 | Savings<br>State Bank of Travancore<br>Acct. # 9092 | $7,000.00 | $7,000.00 | | $10,000.00 | FA |
| 26 | Scottrade, Inc.<br>3041 Butterfield Road<br>Suite 111<br>Oakbrook, IL 60523<br>Actt. # 9314 100 % | $407.69 | $407.69 | | $0.00 | FA |
| 27 | Tax Refund<br>one half of $2,929 Federal | $1,464.50 | $1,464.50 | | $1,146.50 | FA |
| 28 | Tax Refund<br>One half of $1092.50 State | $546.00 | $546.00 | | $628.50 | FA |
| 29 | Health Alliance<br>Dental / Health n/a | Unknown | $0.00 | | $0.00 | FA |
| 30 | Safeco Insurance n/a | Unknown | $0.00 | | $0.00 | FA |
| 31 | Westfield Insurance<br>Ref: 810-128-420-015-34 n/a | Unknown | $0.00 | | $0.00 | FA |
| 32 | Harlem Insurance<br>Homeowner's Insurance n/a | Unknown | $0.00 | | $0.00 | FA |

**FORM H**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   4          Exhibit 8

| | |
|---|---|
| **Case No.:** | 17-91136-MPG |
| **Case Name:** | CHIRAYIL, JAIMY |
| **For the Period Ending:** | 9/16/2020 |

| | |
|---|---|
| **Trustee Name:** | Kristin L. Wilson |
| **Date Filed (f) or Converted (c):** | 10/19/2017 (f) |
| **§341(a) Meeting Date:** | 11/30/2017 |
| **Claims Bar Date:** | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 33  Past due rent<br>Shirley Meunier - $2,800.00<br>Rebecca Hofer - $2,400.00<br>Alio Edward - $1,480.00 | $6,680.00 | $6,680.00 | | $0.00 | FA |
| 34  Gas Fryer, Cooking equipment for Polish House Business | $3,500.00 | $3,500.00 | | $0.00 | FA |
| 35  Electronic Equipment for Convience Store | $300.00 | $300.00 | | $0.00 | FA |
| 36  Misc. Tools used in business / office equipment | $300.00 | $300.00 | | $0.00 | FA |
| 37  Paper goods, food, condiments | $600.00 | $600.00 | | $0.00 | FA |
| 38  Misc Tools | $200.00 | $200.00 | | $0.00 | FA |
| 39  American Funds<br>Acct #85104339<br>One half of $1,376.81 | $688.40 | $688.40 | | $0.00 | FA |
| 40  3124 Brookstone Drive<br>Danville, IL - 61832-0000<br>Vermilion County | $62,500.00 | $0.00 | | $1,520.00 | FA |
| 41  526 E. Main Street<br>Hoopeston, IL - 60942-0000<br>Iroquois County | $34,500.00 | $0.00 | | $35,000.00 | FA |
| 42  Unscheduled personal property-100% interest in Chirayil Enterprises, Inc.  **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 43  Unscheduled personal property- 100% interest in Polish House, Inc.  **(u)** | Unknown | $0.00 | | $0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $279,820.93 | $133,052.21 | | $73,295.00 | $0.00 |

**Major Activities affecting case closing:**

Error notice on  report of sale requring the filing of a Motion  to pay the realtor.

Order on application for comp.  for Accountant entered.

Filed Report of sale. - extended TFR date

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   5          Exhibit 8

| Case No.: | 17-91136-MPG | | Trustee Name: | Kristin L. Wilson |
| Case Name: | CHIRAYIL, JAIMY | | Date Filed (f) or Converted (c): | 10/19/2017 (f) |
| For the Period Ending: | 9/16/2020 | | §341(a) Meeting Date: | 11/30/2017 |
| | | | Claims Bar Date: | 03/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| M2Sell filed | | | | | |
| Offer on RE | | | | | |
| Residential rental property listed for sale with realtor K King.  Compromise pending with debtor regarding CD. | | | | | |
| Getting bpos on real estate and title work for possible liquidation.  Filing first motion for turnover. | | | | | |

**Initial Projected Date Of Final Report (TFR):**   05/02/2018          **Current Projected Date Of Final Report (TFR):**   01/28/2020          /s/ KRISTIN L. WILSON

KRISTIN L. WILSON

Page No: 1

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 17-91136-MPG | | **Trustee Name:** | Kristin L. Wilson |
| **Case Name:** | CHIRAYIL, JAIMY | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***3329 | | **Checking Acct #:** | ******3601 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/19/2017 | | **Blanket bond (per case limit):** | $42,291,316.00 |
| **For Period Ending:** | 9/16/2020 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/14/2018 | (25) | MADE LLC Trust account for Jaimy Chirayil | Turnover of compromise on CD in India pursuant to an order entered by Judge Gorman on April 4, 2018 as document number 62. | 1129-000 | $10,000.00 | | $10,000.00 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.84 | $9,991.16 |
| 06/21/2018 | | Dr. Joslyne Joseph for Jaimy Chirayil | 2017 tax refunds, state and federal | * | $1,775.00 | | $11,766.16 |
| | {27} | | $1,146.50 | 1129-000 | | | $11,766.16 |
| | {28} | | $628.50 | 1129-000 | | | $11,766.16 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.04 | $11,749.12 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.34 | $11,730.78 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $20.76 | $11,710.02 |
| 11/14/2018 | 3001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $4.52 | $11,705.50 |
| 12/15/2018 | 3001 | VOID: International Sureties, LTD. | Inadvertent entry.  Appears as trustee expense. | 2300-003 | | ($4.52) | $11,710.02 |
| 12/19/2018 | | Vermilion County Title | Proceeds from sale of real estate. | * | $30,486.98 | | $42,197.00 |
| | {6} | | $25,000.00 | 1110-000 | | | $42,197.00 |
| | {41} | | $35,000.00 | 1110-000 | | | $42,197.00 |
| | | | RE taxes 1-1-18 to 12-17-18 - 526 E. Main   $(1,976.52) | 2820-000 | | | $42,197.00 |
| | | | RE taxes 1-1-18 to 12-17-18 - 101 S. 5th   $(1,431.28) | 2820-000 | | | $42,197.00 |
| | | | Payoff mortgage - 526 E. Main   $(11,771.99) | 4110-000 | | | $42,197.00 |
| | | | Payoff mortgage - 101 S. 5th   $(8,524.55) | 4110-000 | | | $42,197.00 |
| | | | Closing costs   $(666.50) | 2500-000 | | | $42,197.00 |
| | | | Realtor Fee   $(3,600.00) | 3510-000 | | | $42,197.00 |
| | | | Realtor expenses   $(1,542.18) | 3520-000 | | | $42,197.00 |
| 02/25/2019 | 3002 | Steve Miller and Acton & Snyder | Fees for real estate transaction pursuant to an order entered 1/29/19 as document number 106 by Judge Gorman | 3210-000 | | $375.00 | $41,822.00 |
| 02/25/2019 | 3003 | Joselyn Joseph-Chirayil | Funds paid to 1/2 owner pursuant to an order by Judge Gorman dated December 7, 2018 as document number 98. Needed to pay attorney fees before sending this check. | 8500-000 | | $15,055.99 | $26,766.01 |

|  |  |  |  |  | **SUBTOTALS** | $42,261.98 | $15,495.97 |

FORM 2

Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-91136-MPG | |
| **Case Name:** | CHIRAYIL, JAIMY | |
| **Primary Taxpayer ID #:** | **-***3329 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/19/2017 | |
| **For Period Ending:** | 9/16/2020 | |

| | | |
|---|---|---|
| **Trustee Name:** | Kristin L. Wilson | |
| **Bank Name:** | Veritex Community Bank | |
| **Checking Acct #:** | ******3601 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $42,291,316.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2019 | 3004 | First Neighbor Bank Tax and Accounting | Fees for review for tax consequences pursuant to an order entered by Judge Gorman on February 20, 2019 as document number 109. | 3410-000 | | $150.87 | $26,615.14 |
| 08/19/2019 | (40) | Jaimy Chirayil | Equity in real estate. | 1110-000 | $1,520.00 | | $28,135.14 |
| 03/26/2020 | 3005 | Kristin L. Wilson | Trustee Compensation | 2100-000 | | $6,914.75 | $21,220.39 |
| 03/26/2020 | 3006 | Kristin L. Wilson | Trustee Expenses | 2200-000 | | $866.44 | $20,353.95 |
| 03/26/2020 | 3007 | LendingClub Corporation | Interim Distributionfor Claim #: 1; | 7100-000 | | $70.62 | $20,283.33 |
| 03/26/2020 | 3008 | Capital One Bank (USA), N.A. | Interim Distributionfor Claim #: 2; | 7100-900 | | $113.01 | $20,170.32 |
| 03/26/2020 | 3009 | U S Small Business Administration | Interim Distributionfor Claim #: 3; | 7100-000 | | $20,137.83 | $32.49 |
| 03/26/2020 | 3010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.68 | $27.81 |
| | | | Claim Amount                          $(4.68) | 7100-901 | | | $27.81 |
| 03/26/2020 | 3011 | PYOD, LLC | Interim Distributionfor Claim #: 8; | 7100-000 | | $27.81 | $0.00 |
| 07/28/2020 | 3009 | STOP PAYMENT: U S Small Business Administration | Interim Distributionfor Claim #: 3; | 7100-004 | | ($20,137.83) | $20,137.83 |
| 07/28/2020 | 3012 | U S Small Business Administration | Interim Distributionfor Claim #: 3; | 7100-000 | | $20,137.83 | $0.00 |

| | | |
|---|---|---|
| **SUBTOTALS** | $1,520.00 | $28,286.01 |

Page No: 3     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 17-91136-MPG | Trustee Name: | Kristin L. Wilson |
| Case Name: | CHIRAYIL, JAIMY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3329 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/19/2017 | Blanket bond (per case limit): | $42,291,316.00 |
| For Period Ending: | 9/16/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $43,781.98 | $43,781.98 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $43,781.98 | $43,781.98 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $43,781.98 | $43,781.98 | |

**For the period of  10/19/2017 to 9/16/2020**

| | |
|---|---|
| Total Compensable Receipts: | $73,295.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $73,295.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73,295.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $73,295.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 05/14/2018 to 9/16/2020**

| | |
|---|---|
| Total Compensable Receipts: | $73,295.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $73,295.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73,295.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $73,295.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 4   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 17-91136-MPG |
| **Case Name:** | CHIRAYIL, JAIMY |
| **Primary Taxpayer ID #:** | **-***3329 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/19/2017 |
| **For Period Ending:** | 9/16/2020 |

| | |
|---|---|
| **Trustee Name:** | Kristin L. Wilson |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******3601 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $42,291,316.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $43,781.98 | $43,781.98 | $0.00 |

**For the period of 10/19/2017 to 9/16/2020**

| | |
|---|---|
| Total Compensable Receipts: | $73,295.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $73,295.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73,295.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73,295.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/19/2017 to 9/16/2020**

| | |
|---|---|
| Total Compensable Receipts: | $73,295.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $73,295.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $73,295.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $73,295.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KRISTIN L. WILSON

KRISTIN L. WILSON